UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAS PREET SINGH (A-246-805-385),<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br>Respondent. | No. 1:26-cv-7348 TLN CSK<br><br>ORDER |

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 5, 2026, petitioner filed a notice of voluntary dismissal. (ECF No. 11.) Pursuant to Fed. R. Civ. P. 41(a), petitioner's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: November 13, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Sing7348.vol.imm/2